

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:          Opinion No. O-5317

                            Re: Legislator -- employment of
                            in State department; holding
                            of position in Federal ser-
                            vice.

        You request the opinion of this department on the
following questions:

        1.  May you issue a warrant in payment of
salary to a member of the Legislature who is
employed by the State Department of Public Wel-
fare between sessions as "Field Worker"?

        2.  May a member of the Legislature fill,
temporarily, a position in the Federal Civil
Service, and not impair his official status
as a member of the House of Representatives?

        Article 16, Section 33, of the Constitution of
Texas, provides in part as follows:

        "The accounting officers of this State
shall neither draw nor pay a warrant upon the
treasury in favor of any person, for salary
or compensation as agent, officer or appointee,
who holds at the same time any other office or
position of honor, trust or profit, under this
State or the United States, except as prescribed
in this Constitution."

        The Section contains certain exceptions not
material to this discussion.

        The place of member of the Legislature is clear-
ly an office of honor, trust and profit under this State.

A person holding a position of "Field Worker" in the Department of Public Welfare is an "appointee". (See our Opinion No. 0-2607). Therefore, Section 33 prohibits you from drawing a warrant upon the treasury to pay the salary of a "Field Worker", who holds, for the period for which the salary is claimed to be due, the office of Legislator. (See Opinions of the Attorney General, 1912-1913, p. 873).

Your second question is more general, and will receive a general answer.

If the place in the Federal Civil Service is an "office", then, upon accepting and qualifying therefor the member of the Legislature will automatically forfeit and vacate his office as member of the Texas Legislature, perforce of the provisions of the Constitution, Article 16, Section 12. If the place in the Federal Civil Service is not an "office" but a "position" of "honor, trust or profit", then, under Section 33, the member of the Legislature could not be compensated as such if, over the period for which compensation as a member of the Legislature was claimed, he also held the place in the Federal Civil Service. Since members of the Legislature are paid per diem only for the days during which the Legislature is in session, the member of the Legislature would not prejudice his right to compensation as such if he held the position in the Federal Civil Service only during periods in which the Legislature was not in session. Section 33 deprives the officer, agent or appointee of the right to be compensated with respect only to the period during which he holds another office or position of honor, trust or profit.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ R.W. Fairchild
R.W. Fairchild,
Assistant

RWF:ncd

APPROVED JUN. 28, 1943

/s/ Grover Sellers
First Assistant
Attorney General